# UNITED STATES DISTRICT COURT

## District of Minnesota

## JUDGMENT IN A CIVIL CASE

Jaime Rojas Sandoval,

Petitioner(s),

v.

Case Number: 26-cv-1693 JMG/DTS

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood and Eric Tollefson,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (filing 1) is conditionally granted.
2. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations **on or before March 11, 2026**.
3. The petitioner and his counsel shall be told about the hearing in advance, and the petitioner shall have the opportunity to be represented by counsel and offer evidence to support reasons for his release.
4. If the government does not provide the petitioner with a bond hearing as required, the petitioner must be immediately released from detention.
5. **On or before March 13, 2026,** the government shall provide the Court with a status update regarding the bond hearing or, if no bond hearing was held, advise the Court regarding the petitioner's release.

Date: 3/4/2026

KATE M. FOGARTY, CLERK